# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2024 KW 0953

VERSUS

TREY ALLEN BOUDREAUX                        **DECEMBER 4, 2024**

---

In Re:    Trey Allen Boudreaux, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 584840.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED AS MOOT.**  The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court acted on relator's motion to amend and modify on October 24, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT